The People of the State of New York ex rel. Vincent De Stefano, Appellant, *v.* Lewis E. Lawes, as Warden of Sing Sing Prison, Respondent.

Argued October 1, 1937; decided October 19, 1937.

*John J. Bennett, Jr., Attorney-General (Patrick H. Clune* of counsel), for respondent.

*Vincent De Stefano,* in person, for appellant.

Appeal dismissed; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs, Loughran. Finch and Rippey, JJ.

City of Schenectady, Respondent, *v.* James P. Kalteux, Appellant.

Submitted October 1, 1937; decided October 19, 1937.

*James E. O'Loughlin* for appellant.

*Thomas W. Wallace, Corporation Counsel,* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.